IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEODIS RANDLE**                                                                          **PLAINTIFF**

**VS.**                                **4:18-CV-00529-BRW**

**RULE 38, CANON 3**                                                 **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of August, 2018.


                                                                           /s/ Billy Roy Wilson _____
                                                                           UNITED STATES DISTRICT JUDGE